MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

IT IS SO ORDERED

Judge Edward J. Davila

DATED: 9/23/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM FOSTER,<br><br>                    Plaintiff,<br><br>          vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; WELLS FARGO BANK, NATIONAL ASSOCIATION AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>                    **Defendant.** | Case No. 5:15-cv-03843-EJD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT**<br><br>The Hon. Edward J. Davila |

Plaintiff WILLIAM FOSTER,("Plaintiff") and defendant WELLS FARGO BANK, N.A, ("Defendant") hereby stipulate as follows:

<u>**RECITALS**</u>

1.    Plaintiff filed this action against Defendant on August 4, 2015 and served Defendant on or about August 20, 2015.

2.    Defendant's initial deadline to respond to the Complaint is September 21, 2015.

3.    Plaintiff has agreed to extend the time for Defendant to respond to the Complaint up to and including November 5, 2015, so that Defendant may have additional time to investigate this matter and the parties may explore the possibility of settlement.

4.      This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

THEREFORE, the parties stipulate as follows:

**STIPULATION**

1.      The deadline for Defendant to respond to the Complaint shall be continued to November 5, 2015.

2.      This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

DATED:  September 21, 2015            SAGARIA LAW, P.C.

By:    _/s/ Elliot W. Gale_
                Elliot W. Gale
Attorneys for Plaintiff
WILLIAM FOSTER

DATED:  September 21, 2015            SEVERSON & WERSON
                A Professional Corporation

By:    _/s/ Alisa A. Givental_
                Alisa A. Givental
Attorneys for Defendant
WELLS FARGO BANK, N.A.

I, Alisa A. Givental, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Elliot W. Gale has concurred in this filing.

_/s/ Alisa A. Givental_