William M. Huse, Esq.  (IN #31622-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  whuse@schuckitlaw.com

*Lead Counsel for Defendant, Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant, Trans Union, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM FOSTER,<br>                    Plaintiff,<br><br>        vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANSUNION, LLC; WELLS FARGO BANK,<br>NATIONAL ASSOCIATION; and DOES 1<br>through 100, inclusive;<br>                    Defendants. | CASE NO.   5:15-cv-03843-EJD<br><br>**STIPULATION AND**<br>**[PROPOSED] ORDER OF**<br>**DISMISSAL WITH PREJUDICE**<br>**BETWEEN PLAINTIFF AND**<br>**DEFENDANT TRANS UNION,**<br>**LLC ONLY** |

Plaintiff William Foster, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:15-CV-03843-EJD**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Date: November 9, 2015

*/s/ Elliot W. Gale (w/ consent)*
Scott J. Sagaria, Esq. (217981)
Elliott W. Gale, Esq.  (263326)
Joseph B. Angelo, Esq.  (268542)
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone:  (408) 279-2288
Fax:  (408) 279-2299

*Counsel for Plaintiff, Norman Felton*

Date: November 10, 2015

*/s/ William M. Huse*
William M. Huse, Esq.  (IN #31622-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  whuse@schuckitlaw.com

*Lead Counsel for Defendant, Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant, Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that
concurrence in the filing of this document has been
obtained from each of the Signatories.*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND
DEFENDANT TRANS UNION, LLC ONLY – 5:15-CV-03843-EJD**

1    PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is

2  dismissed with prejudice.  Plaintiff and Defendant Trans Union, LLC shall each bear their own

3  costs and attorneys' fees.

4

5

6  Date: _____          _____

7                                            JUDGE, United States District Court, Northern
                                             District of California
8

9

DISTRIBUTION TO:

| Scott J. Sagaria, Esq.<br>sjsagaria@sagarialaw.com | Elliot W. Gale, Esq.<br>egale@sagarialaw.com |
|---|---|
| Scott M. Johnson, Esq.<br>sjohnson@sagarialaw.com | Lauren E. Tate, Esq.<br>ltate@tateandassociates-law.com |
| William M. Huse, Esq.<br>whuse@schuckitlaw.com | Ramon Ramirez, Esq.<br>ramonramirez@jonesday.com |
| Alisa A. Givental, Esq.<br>aag@severson.com | |