1  William M. Huse, Esq.  (IN #31622-49)
    (admitted *Pro Hac Vice*)
2  Schuckit & Associates, P.C.
   4545 Northwestern Drive
3  Zionsville, IN  46077
   Telephone:  317-363-2400
4  Fax:  317-363-2257
   E-Mail:  whuse@schuckitlaw.com
5
   *Lead Counsel for Defendant, Trans Union, LLC*
6
7  Lauren E. Tate, Esq. (CSB #124483)
   Tate & Associates
8  1321 8th Street, Suite 4
   Berkeley, CA  94710
9  Telephone: 510-525-5100
   Fax:  510-525-5130
10 E-Mail:  ltate@tateandassociates-law.com

11 *Local Counsel for Defendant, Trans Union, LLC*

12

13

14

15             **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

17                   **SAN JOSE DIVISION**

18 WILLIAM FOSTER,                )  CASE NO.   5:15-cv-03843-EJD
                    Plaintiff,    )
19                                )
                                  )  **STIPULATION AND**
20      vs.                       )  **[PROPOSED] ORDER OF**
                                  )  **DISMISSAL WITH PREJUDICE**
21 EXPERIAN INFORMATION SOLUTIONS, INC.; )  **BETWEEN PLAINTIFF AND**
   TRANSUNION, LLC; WELLS FARGO BANK,    )  **DEFENDANT TRANS UNION,**
22 NATIONAL ASSOCIATION; and DOES 1      )  **LLC ONLY**
   through 100, inclusive;              )
23                  Defendants.   )

24        Plaintiff William Foster, by counsel, and Defendant Trans Union, LLC ("Trans

25 Union"), by counsel, hereby stipulate and agree that all matters herein between them have been

26 compromised and settled, and that Plaintiff's cause against Trans Union only should be

27 dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

28

1

2

3

4  Date: November 9, 2015

5

6

7

8

9

10

11

12

13  Date: November 10, 2015

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

*/s/ Elliot W. Gale (w/ consent)*
Scott J. Sagaria, Esq. (217981)
Elliott W. Gale, Esq.  (263326)
Joseph B. Angelo, Esq.  (268542)
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone:  (408) 279-2288
Fax:  (408) 279-2299

*Counsel for Plaintiff, Norman Felton*

*/s/ William M. Huse*
William M. Huse, Esq.  (IN #31622-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  whuse@schuckitlaw.com

*Lead Counsel for Defendant, Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant, Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND
DEFENDANT TRANS UNION, LLC ONLY – 5:15-CV-03843-EJD**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice.  Plaintiff and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:   11/13/2015

JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Scott J. Sagaria, Esq. <br> sjsagaria@sagarialaw.com | Elliot W. Gale, Esq. <br> egale@sagarialaw.com |
| Scott M. Johnson, Esq. <br> sjohnson@sagarialaw.com | Lauren E. Tate, Esq. <br> ltate@tateandassociates-law.com |
| William M. Huse, Esq. <br> whuse@schuckitlaw.com | Ramon Ramirez, Esq. <br> ramonramirez@jonesday.com |
| Alisa A. Givental, Esq. <br> aag@severson.com | |