UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WILLIAM FOSTER,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.

Case No. 5:15-cv-03843-EJD

**ORDER TO SHOW CAUSE**

On November 5, 2015, the court issued an order requiring the parties to meet and confer in order to reach an agreement on one ADR process and file, within 10 days, either (1) the form entitled "Stipulation and (Proposed) Order Selecting ADR Process" if an agreement is reached on one form of ADR, or (2) the form entitled "Notice of Need of ADR Phone Conference." See Docket Item No. 25. As of the date and time this was order was filed, the parties have not complied and the time for compliance has expired.

Accordingly, the parties are ordered to appear before the Honorable Edward J. Davila on **December 3, 2015, at 10:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose any and all appropriate sanctions, including monetary sanctions or dismissal of this action, on the parties, or any of them, for willful disobedience of a court order.

The parties may file a response to this order demonstrating good cause why sanctions should not be imposed on or before **November 25, 2015.** In doing so, however, they must (1) explain their failure to comply with the original deadline to file one of the ADR forms, and (2) must also file one of the forms contemplated by the November 5th Order, joined by all parties to

have appeared in this action.

**IT IS SO ORDERED.**

Dated: November 17, 2015


EDWARD J. DAVILA
United States District Judge