SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM FOSTER, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 5:15-CV-03843-EJD <br><br> NOTICE OF SETTLEMENT WITH DEFENDANT WELLS FARGO BANK, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff William Foster and defendant Wells Fargo Bank, N.A., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.

Dated:   December 16, 2015

**Sagaria Law, P.C.**
/s/ *Elliot Gale*
Elliot Gale,
Attorneys for Plaintiff

NOTICE OF SETTLEMENT WITH DEFENDANT WELLS FARGO BANK, N.A. - 1