1 | Ramon Ramirez (State Bar No. 280772)
ramonramirez@jonesday.com
2 | Alyssa M. Staudinger (State Bar No. 300845)
astaudinger@jonesday.com
3 | JONES DAY
3161 Michelson Drive, Suite 800
4 | Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
5 | Facsimile:  +1.949.553.7539

6 | Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS,
7 | INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| WILLIAM FOSTER, | Case No. 5:15-CV-03843-EJD |
|---|---|
| Plaintiff, | Assigned to Honorable Edward J. Davila |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. et al., | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff William Foster ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") that Plaintiff's claims against Experian in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each side shall bear its own attorneys' fees and costs incurred herein.

Dated:  December 18, 2015

Respectfully submitted,

JONES DAY

By:/s/ *Ramon Ramirez*
    Ramon Ramirez

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated:  December 18, 2015

SAGARIA LAW, P.C.

By: */s/ Elliot W. Gale*
    Elliot W. Gale

Attorneys for Plaintiff
WILLIAM FOSTER

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Experian Information Solutions, Inc. ("Experian") is dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 12/21/2015

UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Ramon Ramirez, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On December 18, 2015, I served a copy of **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court for the Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Scott J. Sagaria<br>Elliot W. Gale<br>Joseph M. Angelo<br>Scott Matthew Johnson<br>SAGARIA LAW, P.C.<br>2033 Gateway Place, 5th Floor<br>San Jose, CA 95110<br>Tel: 408.279.2288; Fax: 408.279.2299<br><br>***Attorneys for Plaintiff***<br>***WILLIAM FOSTER*** | Monica Katz-Lapides<br>Lauren E. Tate<br>TATE AND ASSOCIATES<br>1321 Eighth St., Suite 4<br>Berkeley, CA 94710<br>Tel: 510-525-5100; Fax: 510-525-5130<br>Email: mkl@tateandassociates-law.com<br><br>***Attorneys for Defendant***<br>***Trans Union, LLC*** |

1  Alisa A. Givental
   SEVERSON & WERSON
2  One Embarcadero Cnt, Ste 2600
   San Francisco, CA 94111
3  Tel: 415-677-5503; Fax: 415-956-0439; Email: aag@severson.com
4
   ***Attorneys for Defendant***
5  ***Wells Fargo Financial National Bank***
6

   Executed on December 18, 2015, at Irvine, California.

                        */s/ Ramon Ramirez*
                        Ramon Ramirez

STIPULATION FOR DISMISSAL WITH PREJUDICE OF EXPERIAN