UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM FOSTER,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No.  5:15-cv-03843-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In order to allow the parties additional time to finalize settlement agreements and file dismissals, the Case Management Conference scheduled for January 14, 2016, is CONTINUED to **10:00 a.m. on March 3, 2016**. The parties shall file an updated Joint Case Management Conference Statement on or before **February 25, 2016**.

**IT IS SO ORDERED.**

Dated: January 11, 2016

_____
EDWARD J. DAVILA
United States District Judge