Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM FOSTER,<br><br>  Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>  Defendants. | Federal Case No.: 5:15-CV-03843-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [~~PROPOSED~~] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff William Foster and defendant Wells Fargo Bank, N.A., ("Wells Fargo") that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

| | |
|---|---|
| DATED: February 25, 2016 | Sagaria Law, P.C. |
| | By: _/s/ Elliot W. Gale_ |
| | Elliot W. Gale |
| | Attorneys for Plaintiff |
| | William Foster |
| | |
| DATED: February 25, 2016 | Severson and Werson |
| | |
| | By: _/s/Rebecca Saelao_ |
| | Rebecca Saelao |
| | Attorney for Defendant |
| | Wells Fargo Bank, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Rebecca Saelao has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Wells Fargo Bank, N.A., is dismissed with prejudice.

IT IS SO ORDERED.
The Clerk shall close this file.

DATED: 3/1/2016

Edward J. Davila
UNITED STATES DISTRICT JUDGE